No. 300. Everett *v.* Downing. June 23, 1947. The application of the petitioner for reconsideration of the order denying leave to file a second petition for rehearing is denied.

Nos. 1286 and 1370. Spears *v.* Spears. June 23, 1947. The motion of the appellant for an extension of time within which to file a petition for rehearing is denied.

No. 1404. Counselman *v.* Fleming, Temporary Controls Administrator. See *post,* p. 861.

No. 69. American Stevedores, Inc. *v.* Porello et al. June 23, 1947. Order entered amending opinion.

Opinion reported as amended, 330 U. S. 446.

No. 1083. Williams et al. *v.* Fanning, Postmaster of the City of Los Angeles. April 14, 1947. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted limited to the first question presented by the petition for the writ. *Irving M. Walker* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, Paul A. Sweeney* and *Melvin Richter* for respondent.

No. 1092. Mogall *v.* United States. April 14, 1947. The petition for writ of certiorari to the Circuit Court of